GEORGE J. ADAMS ET AL., APPELLANTS, V. JOHN ARMOUR, COUNTY CLERK, ET AL., APPELLEES.

FILED JANUARY 8, 1930. No. 27220.

*W. E. Hill, N. P. McDonald* and *Beeler, Crosby & Baskins,* for appellants.

*Hoagland & Carr, H. E. Dress* and *D. A. Russell, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY and DAY, JJ., and DINEEN, District Judge.

PER CURIAM.

This action was brought by a group of electors of Logan county to contest an election at which it was voted to remove the county seat of said county from the village of Gandy to the village of Stapleton. The trial court found generally in favor of the validity of the election and dismissed the contest. Complainants have appealed.

We have carefully considered the record and find it to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.